1   AUDET & PARTNERS, LLP
    William M. Audet (CA 117456)
2   waudet@audetlaw.com
    221 Main Street, Suite 1460
3   San Francisco, CA 94105
    Telephone: 415.568.2555
4   Facsimile: 415.568.2556

5

6

7                 **UNITED STATES DISTRICT COURT**
                  **SOUTHERN DISTRICT OF CALIFORNIA**
8

9   TOM STEFFAN, individually and on behalf      )
    of a class of similarly situated individuals,  )
10                                                 )   Case No. 08-0579 BTM WMc
                  Plaintiff,                        )
11                                                 )
    v.                                             )
12                                                 )
    VERISIGN, INC., a Delaware corporation,        )   **NOTICE OF RELATED CASES**
13  d/b/a JAMSTER, NEW CINGULAR                    )   **PURSUANT TO LOCAL RULE**
    WIRELESS SERVICES, INC., a Delaware            )   **40.1(E)**
14  corporation, f/k/a AT&T WIRELESS               )
    SERVICES, INC. and CINGULAR                    )
15  WIRELESS.                                      )
                                                   )
16                Defendants.                       )
                                                   )
17  _____              )

18        TO THE CLERK OF THIS COURT AND ALL PARTIES AND THEIR COUNSEL

19  OF RECORD:

20        PLEASE TAKE NOTICE that, pursuant to Local Rule 40.1(e) of the United States

21

22  District Court for the Southern District of California, Plaintiff TOM STEFFAN, individually

23  and on behalf of a class of similarly situated individuals, hereby gives notice that the above-

24  captioned case is related to *Ford v. Verisign, Inc., et al.*, Case No. 2005CV00819-JM, an

25  earlier filed case pending before Judge Jeffrey T. Miller in Department 16.

26

27

28
                          **NOTICE OF RELATED CASES**

Local Rule 40.1(e) defines as related actions as those proceedings "on file in this or any other federal or state court" which:

(1) Involve some of the same parties and are based on the same or similar claims, or

(2) Involve the same property, transactions, or event, or

(3) Involve substantially the same facts and the same questions of law.

The class of plaintiffs in both this and the earlier filed *Ford* case seek class-wide recovery of damages, restitution and injunctive relief for fraud, unjust enrichment, unfair competition, and false and misleading advertising from Defendant Verisign, Inc. (hereinafter "Verisign"), pertaining to certain billing practices with respect to 'ring-tones' and related content.

The above-listed actions are based on similar allegations that Verisign's false and misleading advertising caused financial and other harm to a wide class of plaintiffs.   Because these actions involve similar factual and legal allegations, it is appropriate for a single court to preside over both actions.  Assignment of these actions to the same judge will conserve judicial resources and promote efficient determination of the actions.  Further, if these cases are not determined to be related, it will cause the Court duplicate labor and could result in conflicting rulings.

Dated:  April 1, 2008

Respectfully submitted,

AUDET & PARTNERS, LLP

By: /s/ William M. Audet

William M. Audet (CA 117456)
waudet@audetlaw.com
221 Main Street, Suite 1460
San Francisco, CA 94105
Telephone: 415.568.2555
Facsimile: 415.568.2556

*Attorneys for Plaintiff and the Class*

**PROOF OF SERVICE**

**UNITED STATES DISTRICT COURT FOR THE**

I am employed in the County of San Francisco, State of California; my business address is 221 Main Street, Suite 1460, San Francisco, California 94105. I am over the age of 18 and not a party to the within action. On this date I served the following documents:

**NOTICE OF RELATED CASES PURSUANT TO LOCAL RULE 40.1(E)**

**DECLARATION OF WILLIAM M. AUDET IN SUPPORT OF NOTICE OF RELATED CASES PURSUANT TO LOCAL RULE 40.1(E)**

**PROOF OF SERVE**

on the parties shown below:

Verisign, Inc.
c/o Agent of Service of Process
CT Corporation System
818 West Seventh St.
Los Angeles, CA 90017

New Cingular Wireless Services, Inc.
c/o Agent of Service of Process
CSC Lawyers Incorporating Service
2730 Gateway Oaks Dr. Ste 100
Sacramento, CA 95833

☐ (BY FAX) I am readily familiar with the firm's practice of facsimile transmission; on this date the above-referenced documents were transmitted, the transmission was reported as complete and without error and the report was properly issued.

☒ (BY MAIL) I am readily familiar with the firm's practice for the processing of mail; on this date, the above-referenced documents were placed for collection and delivery by the U.S. Postal Service following ordinary business practices.

☐ (BY OVERNIGHT DELIVERY) I am readily familiar with the firm's practice for the processing of documents for delivery services; on this date, the above-referenced documents were placed for collection and delivery following ordinary business practices.

☐ (BY ELECTRONIC FILING) On this date I provided the documents(s) listed above electronically through the Court's electronic filing service provider pursuant to the instructions on that website.

☐ (BY E-MAIL) On this date, the above-referenced documents were converted to electronic files and e-mailed to the addresses shown.

☒ Federal: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

☒ State: I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on this 1st day of April, 2008 at San Francisco, California.

Adrienne C. Brennan

-- 1 --