

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

2008 MAR 28  AM 9: 58

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____VWH_____ DEPUTY

Tom Steffan, individually and on behalf of a class of similarly situated individuals

vs

VERISIGN, INC., a Delaware corporation; d/b/a JAMSTERS, NEW CINGULAR WIRELESS SERVICES, INC., a Delaware corporation, f/k/a AT&T WIRELESS SERVICES, INC. and CINGULAR WIRELESS

SUMMONS IN A CIVIL ACTION
Case No.

**'08 CV 0579 BTM WMc**

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

William M. Audet (117456)
Audet & Partners, LLP
221 Main Street, Suite 1460,
San Francisco, CA 94105

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

K. HAMBERLY

MAR 28 2008

DATE

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)