1  RONALD L. JOHNSTON (State Bar No. 057418)
   ronald.johnston@aporter.com
2  JAMES S. BLACKBURN (State Bar No. 169134)
   james.blackburn@aporter.com
3  ANGEL L. TANG (State Bar No. 205396)
   angel.tang@aporter.com
4  ARNOLD & PORTER LLP
   777 South Figueroa Street, 44th Floor
5  Los Angeles, California 90017-5844
   Telephone: (213) 243-4000
6  Facsimile: (213) 243-4199

7  Attorneys for Defendant VeriSign, Inc.

8  WILLIAM M. AUDET (State Bar No. 117456)
   waudet@audetlaw.com
9  AUDET & PARTNERS, LLP
   221 Main Street, Suite 1460
10 San Francisco, CA 94105
   Telephone: (415) 568-2555
11 Facsimile: (415) 568-2556

12 Attorney for Plaintiff Tom Steffan

13

14                  UNITED STATES DISTRICT COURT

15                SOUTHERN DISTRICT OF CALIFORNIA

16

17 TOM STEFFAN, individually and on behalf )    Case No. 08-CV-00579 BTM WMc
   of a class of similarly situated individuals, )
18                                            )    **JOINT MOTION TO EXTEND TIME**
                                              )    **FOR DEFENDANT VERISIGN, INC. TO**
19              Plaintiff,                    )    **RESPOND TO PLAINTIFF'S**
       v.                                     )    **COMPLAINT**
                                              )
20 VERISIGN, INC., a California corporation,  )    Judge: Honorable Barry Ted Moskowitz
   d/b/a/ JAMSTER; NEW CINGULAR              )
21 WIRELESS SERVICES, INC., a Delaware       )
   corporation, f/k/a/ AT&T WIRELESS          )
22 SERVICES, INC.; CINGULAR WIRELESS. )
                                              )
23              Defendants.                   )
                                              )
24 ─────────────────────────────────────────

25

26

27

28

1    Defendant VeriSign, Inc. ("VeriSign") and plaintiff Tom Steffan ("Plaintiff"), through their

2    respective counsel of record, pursuant to Local Civil Rule 7.2, hereby jointly move the Court for an

3    order extending VeriSign's responsive pleading deadline for a period of sixty (60) days, from April

4    17, 2008 to June 16, 2008.

5    Good cause exists for VeriSign and Plaintiff's joint request because the parties are in the

6    process of determining whether this matter could appropriately be coordinated or consolidated with

7    an earlier filed case, *Ford v. VeriSign, Inc., et al.*, Case No. 2005CV00819-JM, which is currently

8    pending before Judge Jeffery T. Miller in Department 16 of this Court as part of MDL 1751, and is

9    currently stayed pending the determination of a writ petition to the United States Supreme Court.

10   Continuing VeriSign's responsive pleading deadline for a period of 60 days will provide the parties

11   and the Court with sufficient time to address the threshold issues of consolidation and case

12   management to ensure that this matter is handled in the most time and cost efficient manner

13   possible.

14

15   Dated: April 14, 2008                         ARNOLD & PORTER LLP
                                                    RONALD L. JOHNSTON
16                                                  JAMES S. BLACKBURN
                                                    ANGEL L. TANG
17
                                                    By: _____/S/_____
18                                                      ANGEL L. TANG
                                                        Attorneys for Defendant
19                                                      VeriSign, Inc.

20   Dated: April 14, 2008                         AUDET & PARTNERS, LLP
21                                                 WILLIAM M. AUDET
                                                   ADEL A. NADJI
22
                                                   By: _____/S/_____
23                                                     WILLIAM M. AUDET
                                                       Attorneys for Plaintiff
24                                                     Tom Steffan

25   #460001

26

27

28

- 1 -

PROOF OF SERVICE

Tom Steffan v. VeriSign, Inc.

U.S.D.C. Case No. 08-CV-00579 BTM WMc

I, Gloria Turner, declare as follows:

I am employed by the firm of Arnold & Porter, LLP, whose address is 777 South Figueroa Street, 44th Floor, Los Angeles, California 90017-5844.  I am over the age of 18 and not a party to the within action.  On April 14, 2008, by electronic transmission via the ECF System of the United States District Court, Southern District of California, I served the following document described as **JOINT MOTION TO EXTEND TIME FOR DEFENDANT VERISIGN, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT** on the interested parties in this action as follows:

William M. Audet, Esq.
waudet@audetlaw.com
AUDET & PARTNERS, LLP
221 Main Street, Suite 1460
San Francisco, CA  94105

Michael J. Stortz, Esq.
Michael.Stortz@dbr.com
Beth O. Arnese, Esq.
Beth.Arnese@dbr.com
DRINKER BIDDLE & REATH LLP
50 Freemont Street, 20th Floor
San Francisco, California  94105

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct to the best of my knowledge.  Executed in Los Angeles, California on April 14, 2008.

Gloria Turner

#460191

PROOF OF SERVICE