UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM STEFFAN, individually and on behalf of a class of similarly situated individuals,<br><br>                  Plaintiff,<br>v.<br><br>VERISIGN, INC., a California corporation, d/b/a/ JAMSTER; NEW CINGULAR WIRELESS SERVICES, INC., a Delaware corporation, f/k/a/ AT&T WIRELESS SERVICES, INC.; CINGULAR WIRELESS.<br><br>                  Defendants. | Case No. 08-CV-00579 JTM(WMc)<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR DEFENDANT VERISIGN, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Judge: Honorable Jeffrey T. Miller |

For good cause shown, the Court hereby grants the parties' Joint Motion to Extend Time For Defendant VeriSign, Inc. to Respond to Plaintiff's Complaint. VeriSign, Inc.'s deadline to respond to Plaintiff's Complaint is hereby continued from April 17, 2008 to June 16, 2008.

Dated: April 15, 2008

_____
Honorable Jeffrey T. Miller

#460143

---