MICHAEL J. STORTZ (State Bar No. 139386)
Michael.Stortz@dbr.com
BETH O. ARNESE (State Bar No. 241186)
Beth.Arnese@dbr.com
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendant
AT&T MOBILITY LLC

WILLIAM M. AUDET (State Bar No. 117456)
waudet@audetlaw.com
AUDET & PARTNERS, LLP
221 Main Street, Suite 1460
San Francisco, CA 94105
Telephone: (415) 568-2555
Facsimile: (415) 568-2556

Attorney for Plaintiff
TOM STEFFAN

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM STEFFAN, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>VERISIGN, INC., a California corporation, d/b/a/ JAMSTER; NEW CINGULAR WIRELESS SERVICES, INC., a Delaware corporation, f/k/a/ AT&T WIRELESS SERVICES, INC.; CINGULAR WIRELESS.<br><br>Defendants. | Case No. 08-CV-0579 BTM WMc<br><br>**JOINT MOTION TO EXTEND TIME FOR DEFENDANT AT&T MOBILITY LLC TO RESPOND TO PLAINTIFF'S COMPLAINT** |

Pursuant to Local Civil Rule 7.2, defendant AT&T Mobility LLC ("AT&T")[1] and Plaintiff Tom Steffan ("Plaintiff"), through their respective counsel of record, pursuant to

---

[1] AT&T Mobility LLC is the successor in interest to New Cingular Wireless Services Inc., formerly known as AT&T Wireless Services Inc., and Cingular Wireless LLC.

Local Civil Rule 7.2, hereby jointly move the Court for an order extending Defendants' responsive pleading deadline for a period of sixty (60) days, from April 21, 2008 to June 20, 2008.

On April 1, 2008, Plaintiff filed a Notice of Related Case Pursuant to Local Rule 40.1(E), seeking to relate this case to *Ford v. VeriSign, Inc., et al.*, Case No. 2005CV00819-JM ("the *Ford* Action"). The *Ford* Action is assigned to Judge Jeffery T. Miller in Department 16 of this Court as part of MDL No. 1751, *In re Jamster Marketing Litigation*. Judge Miller has scheduled a case management conference in MDL No. 1751 for May 30, 2008.

Good cause exists for the parties' joint request because the Court is in the process of determining whether this action should be related to the earlier filed *Ford* Action. Continuing the Defendant's responsive pleading deadline for a period of 60 days, and after the May 30, 2008 Case Management Conference in MDL No. 1751 is appropriate. This continuance will provide the parties and the Court with sufficient time to address the threshold issues of potential re-assignment of this action, and also ensure that this action is managed efficiently and in coordination as appropriate with other actions currently assigned to Judge Miller as part of MDL No. 1751.

Dated: April 16, 2008                         DRINKER BIDDLE & REATH LLP

                                              /S/ Michael J. Stortz
                                              MICHAEL J. STORTZ

                                              Attorneys for Defendant
                                              AT&T MOBILITY LLC

Dated: April 16, 2008                         AUDET & PARTNERS, LLP

                                              /S/ William M. Audet
                                              WILLIAM M. AUDET
                                              ADEL A. NADJI

                                              Attorney for Plaintiff
                                              TOM STEFFAN

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\398602\1

1

JOINT MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT          CASE NO. 08-CV-0579 BTM WMC