|   |   |
|---|---|
| 1 | MICHAEL J. STORTZ (State Bar No. 139386) |
|   | Michael.Stortz@dbr.com |
| 2 | BETH O. ARNESE (State Bar No. 241186) |
|   | Beth.Arnese@dbr.com |
| 3 | DRINKER BIDDLE & REATH LLP |
|   | 50 Fremont Street, 20th Floor |
| 4 | San Francisco, California 94105-2235 |
|   | Telephone: (415) 591-7500 |
| 5 | Facsimile: (415) 591-7510 |
| 6 | Attorneys for Defendant |
| 7 | AT&T MOBILITY LLC |
| 8 | WILLIAM M. AUDET (State Bar No. 117456) |
|   | waudet@audetlaw.com |
|   | AUDET & PARTNERS, LLP |
| 9 | 221 Main Street, Suite 1460 |
|   | San Francisco, CA 94105 |
| 10 | Telephone: (415) 568-2555 |
|   | Facsimile: (415) 568-2556 |
| 11 | |
| 12 | Attorney for Plaintiff |
|   | TOM STEFFAN |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM STEFFAN, individually and on behalf of a class of similarly situated individuals, | Case No. 08-CV-0579 BTM WMc |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| VERISIGN, INC., a California corporation, d/b/a/ JAMSTER; NEW CINGULAR WIRELESS SERVICES, INC., a Delaware corporation, f/k/a/ AT&T WIRELESS SERVICES, INC.; CINGULAR WIRELESS. | |
| Defendants. | |

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\398628\1

# CERTIFICATE OF SERVICE

I, Jeanette Juniel, declare that:

I am at least 18 years of age, and not a party to the above-entitled action. My business address is 50 Fremont Street, 20th Floor, San Francisco, California 94105, Telephone: (415) 591-7500.

On April 16, 2008, I caused to be served the following document(s):

**Joint Motion to Extend Time for Defendant AT&T Mobility LLC to Respond to Plaintiff's Complaint; and**

**Proposed Order Granting Joint Motion to Extend Time for Defendant to Respond to Plaintiff's Complaint**

by enclosing a true copy of (each of) said document(s) in (an) envelope(s), addressed as follows:

☑ BY MAIL: I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence is deposed with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed, and with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at San Francisco, California.

☐ BY PERSONAL SERVICE: I caused such envelopes to be delivered by a messenger service by hand to the address(es) listed below:

☐ BY OVERNIGHT DELIVERY: I enclosed a true copy of said document(s) in a Federal Express envelope, addressed as follows:

☐ BY FACSIMILE: I caused such documents to be transmitted by facsimile transmission and mail as indicated above.

| | |
|---|---|
| Ronald J. Johnston | William M. Audet |
| Angel L. Tang | Audet & Partners |
| Arnold & Porter LLP | 221 Main Street, Suite 1460 |
| 777 S. Figueroa Street, Suite 4400 | San Francisco, CA 94105 |
| Los Angeles, CA 90017-5844 | Facsimile: (415) 568-2556 |
| Facsimile: (213) 243-4199 | |
| Attorneys for Defendant VeriSign, Inc | Attorneys for Plaintiff Tom Steffan |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on April 16, 2008 at San Francisco, California.

*/s/ Jeanette Juniel*
Jeanette Juniel

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\398628\1