UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM STEFFAN, individually and on behalf of a class of similarly situated individuals,<br><br>        Plaintiff,<br><br>        v.<br><br>VERISIGN, INC., a California corporation, d/b/a/ JAMSTER; NEW CINGULAR WIRELESS SERVICES, INC., a Delaware corporation, f/k/a/ AT&T WIRELESS SERVICES, INC.; CINGULAR WIRELESS.<br><br>        Defendants. | Case No. 08-CV-0579 JM(CAB)<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT [Docket No. 8]**<br><br>Judge: Honorable Jeffrey T. Miller |

For good cause shown, the Court hereby grants the parties' Joint Motion to Extend Time For Defendant AT&T Mobility LLC ("AT&T") to Respond to Plaintiff's Complaint. AT&T's deadline to respond to Plaintiff's Complaint is hereby continued from April 21, 2008 to June 20, 2008.

IT IS SO ORDERED.

Dated: April 21, 2008

                                                Judge of the District Court

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\398603\1