| | |
|---|---|
| 1 | RONALD L. JOHNSTON (State Bar No. 057418) |
|   | ronald.johnston@aporter.com |
| 2 | JAMES S. BLACKBURN (State Bar No. 169134) |
|   | james.blackburn@aporter.com |
| 3 | ANGEL L. TANG (State Bar No. 205396) |
|   | angel.tang@aporter.com |
| 4 | ARNOLD & PORTER LLP |
|   | 777 South Figueroa Street, 44th Floor |
| 5 | Los Angeles, California 90017-5844 |
|   | Telephone: (213) 243-4000 |
| 6 | Facsimile: (213) 243-4199 |
| 7 | Attorneys for Defendant VeriSign, Inc. |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM STEFFAN, individually and on behalf of a class of similarly situated individuals,<br><br>     Plaintiff,<br><br> v.<br><br>VERISIGN, INC., a California corporation, d/b/a/ JAMSTER; NEW CINGULAR WIRELESS SERVICES, INC., a Delaware corporation, f/k/a/ AT&T WIRELESS SERVICES, INC.; CINGULAR WIRELESS.<br><br>     Defendants. | Case No. 08-CV-00579 BTM WMc<br><br>**NOTICE OF APPEARANCE**<br><br>Judge: Honorable Barry Ted Moskowitz |

463180

---

NOTICE OF APPEARANCE
(Case No. 08-CV-00579 BTM WMc )

1  Please take notice that Arnold & Porter LLP represents Defendant VeriSign, Inc. in the
2  above captioned matter ("VeriSign"). Currently, James S. Blackburn is designated to receive
3  notices of electronic filings on behalf of VeriSign. Mr. Blackburn, however, wishes to be removed
4  from the electronic service list. Accordingly, the following attorney will replace Mr. Blackburn to
5  receive service of all pleadings, notices, orders and other papers relating to this matter.

Angel L. Tang, Esq.
Arnold & Porter LLP
777 S. Figueroa Street, 44th Floor
Los Angeles, California  90017
Telephone: 213-243-4000
Facsimile: 213-243-4199
Email Address: Angel.Tang@aporter.com

Dated: May 14, 2008

ARNOLD & PORTER LLP
RONALD L. JOHNSTON
JAMES S. BLACKBURN
ANGEL L. TANG

By:  s/Angel L. Tang
Attorneys for Defendant
VeriSign, Inc.
Email: angel.tang@aporter.com

- 1 -

NOTICE OF APPEARANCE
(Case No. 08-CV-0579 BTM WMc )

# PROOF OF SERVICE

## Tom Steffan v. VeriSign, Inc.

## U.S.D.C. Case No. 08-CV-00579 BTM WMc

I, Lorraine Danielson, declare as follows:

I am employed by the firm of Arnold & Porter, LLP, whose address is 777 South Figueroa Street, 44th Floor, Los Angeles, California 90017-5844. I am over the age of 18 and not a party to the within action. On May 14, 2008, by electronic transmission via the ECF System of the United States District Court, Southern District of California, I served the following document described as **NOTICE OF APPEARANCE** on the interested parties in this action as follows:

William M. Audet, Esq.
waudet@audetlaw.com
AUDET & PARTNERS, LLP
221 Main Street, Suite 1460
San Francisco, CA 94105

Michael J. Stortz, Esq.
Michael.Stortz@dbr.com
Beth O. Arnese, Esq.
Beth.Arnese@dbr.com
DRINKER BIDDLE & REATH LLP
50 Freemont Street, 20th Floor
San Francisco, California 94105

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct to the best of my knowledge. Executed in Los Angeles, California on May 14, 2008.

_/s/ Lorraine Danielson_
Lorraine Danielson

460244