RONALD L. JOHNSTON (State Bar No. 057418)
ronald.johnston@aporter.com
JAMES S. BLACKBURN (State Bar No. 169134)
james.blackburn@aporter.com
ANGEL L. TANG (State Bar No. 205396)
angel.tang@aporter.com
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California  90017-5844
Telephone:  (213) 243-4000
Facsimile:  (213) 243-4199

Attorneys for Defendant VeriSign, Inc.

WILLIAM M. AUDET (State Bar No. 117456)
waudet@audetlaw.com
AUDET & PARTNERS, LLP
221 Main Street, Suite 1460
San Francisco, CA 94105
Telephone:  (415) 568-2555
Facsimile:  (415) 568-2556

Attorney for Plaintiff Tom Steffan

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM STEFFAN, individually and on behalf of a class of similarly situated individuals, <br><br> Plaintiff, <br><br> v. <br><br> VERISIGN, INC., a California corporation, d/b/a/ JAMSTER; NEW CINGULAR WIRELESS SERVICES, INC., a Delaware corporation, f/k/a/ AT&T WIRELESS SERVICES, INC.; CINGULAR WIRELESS. <br><br> Defendants. | Case No. 08-CV-00579 BTM WMc <br><br> **JOINT MOTION TO EXTEND TIME FOR DEFENDANT VERISIGN, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT** <br><br> Judge:  Honorable Barry Ted Moskowitz |

1    Defendant VeriSign, Inc. ("VeriSign") and Plaintiff Tom Steffan ("Plaintiff"), through their

2    respective counsel of record, pursuant to Local Civil Rule 7.2, hereby jointly move the Court for an

3    order extending VeriSign's responsive pleading deadline for a period of sixty (60) days, from June

4    16, 2008 to and including August 15, 2008.

5    Good cause exists for VeriSign and Plaintiff's joint request because the parties are in the

6    process of determining whether this matter could appropriately be coordinated with an earlier filed

7    case, *Ford v. VeriSign, Inc.*, *et al.*, Case No. 2005CV00819-JM, which is currently pending before

8    Judge Jeffery T. Miller in Department 16 of this Court as part of MDL 1751 ("the MDL").

9    On June 2, 2008, after the parties to this action submitted their joint motion to this Court for

10    an initial extension of time for VeriSign to respond to the Complaint, Judge Miller ordered the

11    plaintiffs in the MDL to submit a coordinated complaint no later than July 1, 2008. Continuing

12    VeriSign's responsive pleading deadline for an additional period of sixty days from the present

13    deadline will provide sufficient time for evaluation of these issues.

14

15    Dated: June 12, 2008                    ARNOLD & PORTER LLP
                                              RONALD L. JOHNSTON
16                                            JAMES S. BLACKBURN
                                              ANGEL L. TANG
17
                                              By:   s/Angel L. Tang
18                                                  ANGEL L. TANG
                                                    Attorneys for Defendant
19                                                  VeriSign, Inc.
                                                    E-mail:  angel.tang@aporter.com
20

21    Dated: June 12, 2008                    AUDET & PARTNERS, LLP
                                              WILLIAM M. AUDET
22                                            ADEL A. NADJI

23                                            By:   s/William M. Audet
                                                    WILLIAM M. AUDET
24                                                  Attorneys for Plaintiff
                                                    Tom Steffan
25                                                  E-mail:  waudet@audetlaw.com

26    #487162

27

28

JOINT MOTION TO EXTEND TIME FOR DEFENDANT VERISIGN, INC. TO RESPOND TO PLAINTIFF'S
COMPLAINT  (Case No. 08-CV-0579 BTM WMc )

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## PROOF OF SERVICE

### Tom Steffan v. VeriSign, Inc.

### U.S.D.C. Case No. 08-CV-00579 BTM WMc

I, Lorraine Danielson, declare as follows:

I am employed by the firm of Arnold & Porter, LLP, whose address is 777 South Figueroa Street, 44th Floor, Los Angeles, California 90017-5844.  I am over the age of 18 and not a party to the within action.  On June 12, 2008, by electronic transmission via the ECF System of the United States District Court, Southern District of California, I served the following document described as **JOINT MOTION TO EXTEND TIME FOR DEFENDANT VERISIGN, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT** on the interested parties in this action as follows:

William M. Audet, Esq.
waudet@audetlaw.com
AUDET & PARTNERS, LLP
221 Main Street, Suite 1460
San Francisco, CA  94105

Michael J. Stortz, Esq.
Michael.Stortz@dbr.com
Beth O. Arnese, Esq.
Beth.Arnese@dbr.com
DRINKER BIDDLE & REATH LLP
50 Freemont Street, 20th Floor
San Francisco, California  94105

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct to the best of my knowledge.  Executed in Los Angeles, California on June 12, 2008.

_Lorraine Danielson_
Lorraine Danielson

460244