1  MICHAEL J. STORTZ (State Bar No. 139386)
2  BETH O. ARNESE (State Bar No. 241186)
   DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
3  San Francisco, California 94105-2235
   Telephone: (415) 591-7500
4  Facsimile: (415) 591-7510
   EMAIL: michael.stortz@dbr.com
5
   ROBERT A. COCCHIA (State Bar. No. 172315)
6  MCKENNA LONG & ALDRIDGE LLP
   750 B Street
7  Suite 3300, Symphony Towers
   San Diego, CA 92101-8105
8  Telephone: (619) 595-8007
   Facsimile: (619) 595-5450
9  EMAIL: rcocchia@mckennalong.com

10
   Attorneys for Defendant
11 AT&T MOBILITY LLC

12

13                    UNITED STATES DISTRICT COURT
14                   SOUTHERN DISTRICT OF CALIFORNIA

15
   TOM STEFFAN, individually and on        Case No. 08-CV-0579 JM(CAB)
16 behalf of a class of similarly situated
   individuals,
17                                          **JOINT MOTION TO EXTEND
                       Plaintiff,           TIME FOR DEFENDANT AT&T
18                                          MOBILITY LLC TO RESPOND TO
            v.                              PLAINTIFF'S COMPLAINT**
19
   VERISIGN, INC., a California
20 corporation, d/b/a/ JAMSTER; NEW
   CINGULAR WIRELESS SERVICES,
21 INC., a Delaware corporation, f/k/a/
   AT&T WIRELESS SERVICES, INC.;
22 CINGULAR WIRELESS.

23                     Defendants.

24

25

26

27

28
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

1    Pursuant to Local Civil Rule 7.2, defendant AT&T Mobility LLC[1] ("AT&T" or

2  "Defendant") and Plaintiff Tom Steffan ("Plaintiff"), through their respective counsel of

3  record, hereby jointly move the Court for an order extending Defendants' responsive

4  pleading deadline for a period of sixty (60) days from June 20, 2008 to August 19, 2008.

5    Good cause exists for the parties' joint request because this Court is in the process

6  of determining whether this action should be stayed pending final approval of the

7  settlement in *Tracie McFerren v. AT&T Mobility LLC*, No. 2008-EV-004400F, a class

8  action pending before the Superior Court of Fulton County, Georgia. On June 2, 2008,

9  AT&T filed a motion for a stay pretrial proceedings in this MDL as they relate to the

10  claims of AT&T Mobility customers. A continuance of AT&T's time to file a responsive

11  pleading will provide the parties and the Court with sufficient time to address issues

12  relating to the settlement in *McFerren*.

13

14  Dated: June 16, 2008                    DRINKER BIDDLE & REATH LLP

15                                          /S/ Michael J. Stortz

16                                          MICHAEL J. STORTZ

17                                          Attorneys for Defendant
                                            AT&T MOBILITY LLC

18  Dated: June 16, 2008                    AUDET & PARTNERS, LLP

19

20                                          /S/ William M. Audet

21                                          WILLIAM M. AUDET
                                            ADEL A. NADJI

22                                          Attorney for Plaintiff
                                            TOM STEFFAN

23

24

25

26

27    [1] AT&T Mobility LLC is the successor in interest to New Cingular Wireless Services Inc.,

28  formerly known as AT&T Wireless Services Inc., and Cingular Wireless LLC.

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SFI\401449\1    JOINT MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT    CASE NO. 08-CV-0579 JM(CAB)