1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

TOM STEFFAN, individually and on behalf )    Case No. 08-CV-00579 JTM
of a class of similarly situated individuals, )
                                      )    **ORDER GRANTING JOINT MOTION**
               Plaintiff, )    **TO EXTEND TIME FOR DEFENDANT**
     v.                              )    **VERISIGN, INC. TO RESPOND TO**
                                        )    **PLAINTIFF'S COMPLAINT**
VERISIGN, INC., a California corporation, )
d/b/a/ JAMSTER; NEW CINGULAR        )    Judge:  Honorable Jeffrey T. Miller
WIRELESS SERVICES, INC., a Delaware )
corporation, f/k/a/ AT&T WIRELESS     )
SERVICES, INC.; CINGULAR WIRELESS. )
                                        )
              Defendants. )
_____ )

       For good cause shown, the Court hereby grants the parties' Joint Motion to Extend Time For

Defendant VeriSign, Inc. to Respond to Plaintiff's Complaint.  VeriSign, Inc.'s deadline to respond

to Plaintiff's Complaint is hereby continued from June 16, 2008 to and including August 15, 2008.

Dated: June 17, 2008

                                     Honorable Jeffrey T. Miller

#487164