UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM STEFFAN, individually and on behalf of a class of similarly situated individuals,<br><br>                    Plaintiff,<br><br>          v.<br><br>VERISIGN, INC., a California corporation, d/b/a/ JAMSTER; NEW CINGULAR WIRELESS SERVICES, INC., a Delaware corporation, f/k/a/ AT&T WIRELESS SERVICES, INC.; CINGULAR WIRELESS.<br><br>                    Defendants. | Case No. 08-CV-0579 JM(CAB)<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Judge:  Honorable Jeffrey T. Miller |

For good cause shown, the Court hereby grants the parties' Joint Motion to Extend Time For Defendant AT&T Mobility LLC ("AT&T") to Respond to Plaintiff's Complaint. AT&T's deadline to respond to Plaintiff's Complaint is hereby continued to August 19, 2008.

IT IS SO ORDERED.

Dated: June 17, 2008

                                                                    _____
                                                                    Judge of the District Court

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105

SF1\401450\1          ORDER GRANTING JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT          CASE NO. 08-CV-0579 JM(CAB)