1  RONALD L. JOHNSTON (State Bar No. 057418)
   ronald.johnston@aporter.com
2  JAMES S. BLACKBURN (State Bar No. 169134)
   james.blackburn@aporter.com
3  SEAN MORRIS (State Bar No. 200368)
   sean.morris@aporter.com
4  ANGEL L. TANG (State Bar No. 205396)
   angel.tang@aporter.com
5  ARNOLD & PORTER LLP
   777 South Figueroa Street, 44th Floor
6  Los Angeles, California 90017-5844
   Telephone: (213) 243-4000
7  Facsimile: (213) 243-4199

8  Attorneys for Defendant VeriSign, Inc.

9  WILLIAM M. AUDET (State Bar No. 117456)
   waudet@audetlaw.com
10 AUDET & PARTNERS, LLP
   221 Main Street, Suite 1460
11 San Francisco, CA 94105
   Telephone: (415) 568-2555
12 Facsimile: (415) 568-2556

13 Attorney for Plaintiff Tom Steffan

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM STEFFAN, individually and on behalf of a class of similarly situated individuals, <br><br> Plaintiff, <br> v. <br><br> VERISIGN, INC., a California corporation, d/b/a/ JAMSTER; NEW CINGULAR WIRELESS SERVICES, INC., a Delaware corporation, f/k/a/ AT&T WIRELESS SERVICES, INC.; CINGULAR WIRELESS. <br><br> Defendants. | Case No. 08-CV-00579 JM <br><br> **JOINT MOTION TO EXTEND TIME FOR DEFENDANT VERISIGN, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT** <br><br> Judge: Honorable Jeffrey T. Miller |

1  Defendant VeriSign, Inc. ("VeriSign") and plaintiff Tom Steffan ("Plaintiff"), through their respective counsel of record, pursuant to Local Civil Rule 7.2, hereby jointly move the Court for an order extending VeriSign's responsive pleading deadline, from August 15, 2008, to November 14, 2008.  The Court has previously permitted extensions in this action to permit the parties to determine whether (and/or how) this matter could be coordinated with an earlier filed case.

Good cause exists for VeriSign and Plaintiff's joint request.  This case previously was transferred to the Honorable Jeffery T. Miller pursuant to a related case notice referencing *Ford v. VeriSign, Inc.*, *et al.*, Case No. 2005CV00819-JM (the "Ford Action").  The Ford Action is currently pending in this Court as part of MDL 1751 ("In re Jamster Marketing Litigation MDL").

As this Court is aware, the plaintiffs in the In re Jamster Marketing Litigation MDL recently filed a Coordinated Class Action Complaint.  Defendants in the In re Jamster Marketing Litigation MDL, including VeriSign, have moved to dismiss that Coordinated Class Action Complaint, in part on the grounds that it is not the appropriate administrative tool for the lawsuits regarding Jamster Marketing.  Briefing on that motion will be completed by October 17, 2008.

An extension to October 31, 2008, will provide the parties with an appropriate opportunity to review the briefing for the Coordinated Class Action Complaint and to determine whether this matter should be coordinated with the Ford Action.

Dated: August 12, 2008                ARNOLD & PORTER LLP

                                      By:    /S/ Sean Morris
                                             SEAN MORRIS
                                             Attorneys for Defendant
                                             VeriSign, Inc.

Dated: August 12, 2008                AUDET & PARTNERS, LLP
                                      WILLIAM M. AUDET
                                      ADEL A. NADJI

                                      By:    /S/ William M. Audet
                                             WILLIAM M. AUDET
                                             Attorneys for Plaintiff
                                             Tom Steffan

- 1 -