UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM STEFFAN, individually and on behalf of a class of similarly situated individuals,<br><br>               Plaintiff,<br>v.<br><br>VERISIGN, INC., a California corporation, d/b/a/ JAMSTER; NEW CINGULAR WIRELESS SERVICES, INC., a Delaware corporation, f/k/a/ AT&T WIRELESS SERVICES, INC.; CINGULAR WIRELESS.<br><br>               Defendants. | Case No. 08-CV-00579 JM<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR DEFENDANT VERISIGN, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Judge: Honorable Jeffrey T. Miller |

For good cause shown, the Court hereby grants the parties' Joint Motion to Extend Time For Defendant VeriSign, Inc. to Respond to Plaintiff's Complaint. VeriSign, Inc.'s deadline to respond to Plaintiff's Complaint is hereby continued from August 15, 2008, to and including November 14, 2008.

Dated: August 14, 2008

                                                                                                                               _____
Honorable Jeffrey T. Miller