1  MICHAEL J. STORTZ (SBN #139386)
   michael.stortz@dbr.com
2  BETH O'NEAL ARNESE (SBN #241186)
   beth.arnese@dbr.com
3  DRINKER BIDDLE & REATH LLP
   50 Fremont Street
4  20th Floor
   San Francisco, CA 94105-2235
5  Telephone:   (415) 591-7500
   Facsimile:   (415) 591-7510
6  E-mail:      beth.arnese@dbr.com

7  ROBERT A. COCCHIA (SBN #172315)
   MCKENNA LONG & ALDRIDGE LLP
8  750 B Street
   Suite 3300, Symphony Towers
9  San Diego, CA 92101-8105
   Telephone: (619) 595-8007
10 Facsimile: (619) 595-5450
   EMAIL: rcocchia@mckennalong.com
11
   Attorneys for Defendant
12 AT&T MOBILITY LLC

                    UNITED STATES DISTRICT COURT

                    SOUTHERN DISTRICT OF CALIFORNIA

| TOM STEFFAN, individually and on behalf of a class of similarly situated individuals,<br><br>              Plaintiff,<br><br>       v.<br><br>VERISIGN, INC., a California corporation, d/b/a/ JAMSTER; NEW CINGULAR WIRELESS SERVICES, INC., a Delaware corporation, f/k/a/ AT&T WIRELESS SERVICES, INC.; CINGULAR WIRELESS,<br><br>              Defendants. | Case No. 08-CV-0579 JM(CAB)<br><br>**JOINT MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADING** |
|---|---|

Defendant AT&T Mobility LLC ("AT&T") and plaintiff Tom Steffan ("Plaintiff"), through their respective counsel of record, pursuant to Local Civil Rule 7.2, hereby jointly move the Court for an order extending AT&T's responsive pleading deadline from August 15, 2008, to

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT MOTION TO EXTEND TIME TO FILE
RESPONSIVE PLEADING
SF01/600766.1

CASE NO. 08-CV-0579 JM(CAB)

1  November 14, 2008.

2  Good cause exists for AT&T and Plaintiff's joint request. This case previously was
3  transferred to the Honorable Jeffery T. Miller pursuant to a related case notice referencing *Ford v.*
4  *VeriSign, Inc., et al.*, Case No. 2005CV00819-JM (the "*Ford* Action"). The *Ford* Action is
5  currently pending in this Court as part of MDL No. 1751 ("*In re Jamster Marketing* Litigation
6  MDL").

7  Plaintiffs in the *In re Jamster Marketing Litigation* MDL filed a Coordinated Class Action
8  Complaint on July 1, 2008. Defendants in *the In re Jamster Marketing Litigation* MDL,
9  including AT&T, have moved to strike or to dismiss the Coordinated Class Action Complaint,
10 and these Motions are calendared for oral argument on November 6, 2008.

11 An extension to November 14, 2008 will provide Plaintiff with an appropriate opportunity
12 to review the briefing for the Coordinated Class Action Complaint, and for the parties to
13 determine whether and to what extent this matter should be coordinated with the actions
14 previously centralized in MDL No. 1751.

Dated: August 14, 2008                    DRINKER BIDDLE & REATH LLP


                                          By:/s/ Michael J. Stortz
                                             Michael J. Stortz

                                          Attorneys for Defendant
                                          AT&T MOBILITY LLC

Dated: August 14, 2008                    AUDET & PARTNERS, LLP


                                          By:/s/ William M. Audet
                                             William M. Audet
                                             Adel A. Nadji

                                          Attorneys for Plaintiff
                                          TOM STEFFAN

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT MOTION TO EXTEND TIME TO FILE
RESPONSIVE PLEADING                    -2-                    CASE NO. 08-CV-0579 JM(CAB)
SF01/ 600766.1