MICHAEL J. STORTZ (SBN #139386)
michael.stortz@dbr.com
BETH O'NEAL ARNESE (SBN #241186)
beth.arnese@dbr.com
DRINKER BIDDLE & REATH LLP
50 Fremont Street
20th Floor
San Francisco, CA 94105-2235
Telephone:    (415) 591-7500
Facsimile:    (415) 591-7510
E-mail:       beth.arnese@dbr.com

ROBERT A. COCCHIA (SBN #172315)
MCKENNA LONG & ALDRIDGE LLP
750 B Street
Suite 3300, Symphony Towers
San Diego, CA 92101-8105
Telephone: (619) 595-8007
Facsimile: (619) 595-5450
EMAIL: rcocchia@mckennalong.com

Attorneys for Defendant
AT&T MOBILITY LLC

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM STEFFAN, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>VERISIGN, INC., a California corporation, d/b/a/ JAMSTER; NEW CINGULAR WIRELESS SERVICES, INC., a Delaware corporation, f/k/a/ AT&T WIRELESS SERVICES, INC.; CINGULAR WIRELESS,<br><br>Defendants. | Case No. 08-CV-0579 JM(CAB)<br><br>**CERTIFICATE OF SERVICE** |

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CERTIFICATE OF SERVICE
SF01/ 600766.1

CASE NO. 08-CV-0579 JM(CAB)

# CERTIFICATE OF SERVICE

I, Gloria Cadena, declare that:

I am at least 18 years of age, and not a party to the above-entitled action. My business address is 50 Fremont Street, 20th Floor, San Francisco, California 94105, Telephone: (415) 591-7500.

On August 14, 2008, I caused to be served the following document(s):

1. **Joint Motion to Extend Time to File Responsive Pleading;**

2. **Order Granting Joint Motion to Extend Time for Defendants to Respond to Plaintiff's Complaint**

in the following manner:

☑ BY E-MAIL: I caused such documents to be transmitted electronically as indicated below:

| | |
|---|---|
| Robert A. Cocchia | rcocchia@mckennalong.com |
| Ronald L. Johnston | Ronald.johnston@aporter.com |
| James S. Blackburn | James.blackburn@aporter.com |
| Sean Morris | Sean.morris@aporter.com |
| Angel L. Tang | Angel.tang@aporter.com |
| William M. Audet | waudet@audetlaw.com |

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on August 14, 2008 at San Francisco, California.

*/s/ Gloria Cadena*
GLORIA CADENA